In the Matter of the Application of THE CITY OF NEW YORK Acting by and Through the Commissioner of Docks, Relative to Acquiring Right and Title to

and Possession of Certain Real Property, Lands, Lands under Water and Lands under Water Filled in, Not Now Owned by The City of New York, Situated along the Westerly and Northerly Shores of Jamaica Bay, in the Borough of Brooklyn, in the City of New York, at Bergen Beach and Adjacent to Paerdegat Basin and Lying between East Mill Basin and Paerdegat Avenue, North, Together with All Riparian and Incorporeal Rights, Not Now Owned by The City of New York Appurtenant of and to Said Lands, and Lands under Water Filled in and Uplands, for the Construction of a Marginal Street, Wharf or Place Thereon, Pursuant to Plans Heretofore Determined upon by the Commissioner of Docks and Approved by the Commissioners of the Sinking Fund. LESLIE MANAGEMENT, INC., LUCMAY REALTY CORPORATION, WARREN LESLIE, LEROY W. BALDWIN, MANUFACTURERS TRUST COMPANY, Appellants, Respondents; THE CITY OF NEW YORK, Respondent, Appellant.— On a retrial of the questions of title to lands under water and the value of the damage parcels of these claimants and their assignees in condemnation proceedings, as ordered by this court (247 App. Div. 449), the learned justice at Special Term has held that title was vested in the claimants and that the total award should be fixed at $585,000. We are in agreement with the conclusions reached. Decree unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.